UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN HELM, sui juris,

                Plaintiff,

-vs-                                      Case No. 2:10-cv-288-FtM-29SPC

CHARLIE LIEM, in his official capacity as Interim Secretary of Florida Department of Business & Professional Regulation, MAURA BOLIVAR, in her official capacity as Chief Attorney, SERGIO GONZALEZ, in his individual capacity as Regional Program Administrator, SANDRA GREEN, in her individual capacity as Investiator/Unlicenses Activity,

                Defendants.
_____

## **ORDER**

On June 4, 2010, this Court granted Plaintiff Brian Helm's Motion to Proceed *In Forma Pauperis* (Doc. #14). On June 11, 2010, Plaintiff returned completed service forms to the Court.

Accordingly, it is now

**ORDERED:**

The United States Marshal, upon receipt of appropriate instructions in proper form from the Plaintiff, is directed to effect service of process without prepayment of costs or fees.

**DONE AND ORDERED** at Fort Myers, Florida, this  15th  day of June, 2010.

                                                SHERI POLSTER CHAPPELL
                                                UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record