UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN HELM, sui juris,

        Plaintiff,

-vs-                                Case No.  2:10-cv-288-FtM-29SPC

CHARLIE LIEM, in his official capacity as Interim Secretary of Florida Department of Business & Professional Regulation, MAURA BOLIVAR, in her official capacity as Chief Attorney, SERGIO GONZALEZ, in his individual capacity as Regional Program Administrator, SANDRA GREEN, in her individual capacity as Investiator/Unlicenses Activity,

        Defendants.
_____

### ORDER TO FILE CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT and NOTICE OF PENDENCY OF OTHER ACTIONS

The parties were ordered on May 20, 2010 to file a Certificate of Interested Persons and Corporate Disclosure Statement (Doc. #. 6) and a Notice of Pendency of Other Actions (Doc. # 5). Plaintiff filed the Certificate of Interested Persons (Doc. #12) and Notice of Pendency (Doc. #11) on May 14, 2010.  To date, the Defendants have not filed the Certificate of Interested Persons and Notice of Pendency.  Therefore, the Defendant shall file within eleven (11) days of the date of this notice the Certificate of Interested Persons and Notice of Pendency.

**DONE and ORDERED** at Fort Myers, Florida, this __16th__ day of September, 2010.

*SHERI POLSTER CHAPPELL*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record