UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN HELM, sui juris,

                Plaintiff,

-vs-                                        Case No.  2:10-cv-288-FtM-29SPC

JERRY WILSON, CHARLIE LIEM, in his official capacity as Interim Secretary of Florida Department of Business & Professional Regulation, MAURA BOLIVAR, in her official capacity as Chief Attorney, SERGIO GONZALEZ, in his individual capacity as Regional Program Administrator, SANDRA GREEN, in her individual capacity as Investigator/Unlicenses Activity,

                Defendants.
_____

**ORDER**

       This matter comes before the Court on Plaintiff's Motion to Amend (Doc. #44) filed on September 17, 2010.  Also before the Court is Plaintiff's Motion to Correct Clerical Errors (Doc. #45) filed on September 21, 2010.  Both of Plaintiff's Motions request that the Court amend errors in the caption of the case.  In Doc. #44, Plaintiff informs the Court that Defendant Jerry Wilson's name is in fact Jerold T. Wilson.  In Doc. #45, Plaintiff notes that he named Defendant Maura Bolivar in her individual capacity as Chief Attorney, and not in her official capacity, as the Court's caption of the case states.  The Court will direct the Clerk of Court to correct the caption to reflect the proper party names and capacities.

       Accordingly, it is now

       **ORDERED:**

Plaintiff's Motion to Amend (Doc. #44) is **GRANTED**.  The Clerk of Court is directed to change the name on the docket sheet and in the caption of this case to read Jerod T. Wilson, instead of Jerry Wilson.

Plaintiff's Motion to Correct Clerical Errors (Doc. #45) is **GRANTED**.  The Clerk of Court is directed to correct the caption of this case to read that Defendant Maura Bolivar is being sued in her individual capacity.

**DONE AND ORDERED** at Fort Myers, Florida, this ___28th___ day of September, 2010.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record