UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN HELM, sui juris,

          Plaintiff,

-vs-                                 Case No. 2:10-cv-288-FtM-29SPC

CHARLIE LIEM, in his official capacity as Interim Secretary of Florida Department of Business & Professional Regulation, MAURA BOLIVAR, in her individual capacity as Chief Attorney, SERGIO GONZALEZ, in his individual capacity as Regional Program Administrator, SANDRA GREEN, in her individual capacity as Investigator/Unlicensed Activity,

          Defendants.
_____

**ORDER**

      This matter comes before the Court on Defendants's Motion for Protective Order, Motion to Stay and Motion for Extension of Time (Doc. #62) filed on December 30, 2010. Defendants request that discovery in this case be stayed pending a decision by the Court on their pending Motion to Dismiss (Doc. #51).

      The Court will not allow a stay of this case. The Parties are directed to meet and confer and file a joint Case Management Report on or before January 13, 2011. The Court will consider an extension of the start of discovery at a later date if good cause is shown.

      Accordingly it is now:

      **ORDERED:**

Defendants's Motion for Protective Order, Motion to Stay and Motion for Extension of Time (Doc. #62) is **DENIED**. The Parties shall have up to and including **January 13, 2011** to jointly submit their Case Management Report.

**DONE AND ORDERED** at Fort Myers, Florida, this ___3rd___ day of January, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record