UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN HELM, sui juris,

                Plaintiff,

-vs-                                              Case No. 2:10-cv-288-FtM-29SPC

CHARLIE LIEM, in his official capacity as Interim Secretary of Florida Department of Business & Professional Regulation, MAURA BOLIVAR, in her individual capacity as Chief Attorney, SERGIO GONZALEZ, in his individual capacity as Regional Program Administrator, SANDRA GREEN, in her individual capacity as Investigator/Unlicenses Activity, JEROD T. WILSON in his individual capacity as Director of the Division of Regulation, Deputy Director and Chief of the Inspections Officer

                Defendants.
_____

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Exemption (Doc. #80) filed on March 25, 2011. Plaintiff *pro se* Brian Helm moves the Court to exempt him from the fees associated with accessing court records in the Public Access to Court Electronic Records (PACER) system. Plaintiff is proceeding in this case *in forma pauperis*. He states that he already has a PACER account but would like the Court to order that he does not have to pay any of the fees for accessing court records. As grounds, Plaintiff states that he needs free access to court records "so that he may be able to research and access relevant records that will help to substantiate his claim." (Doc. #80, pg. 1).

Courts may allow indigent litigants to access PACER without charge for cause shown. See Electronic Public Access Fee Schedule (reprinted with 28 U.S.C. § 1914). "Courts must find that [] [indigent] persons seeking exemption have demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information." Id. Plaintiff's Motion is due to be denied. Plaintiff has not demonstrated to the Court that free legal research on PACER was "necessary to avoid unreasonable burdens." Plaintiff should be receiving all pleadings filed in this case through the mail. He has not shown why he needs free access through PACER to documents filed in other federal cases. To the extent he wishes to access and view filings in his case, he may do so free of charge at the Clerk's Office in the United States Federal Courthouse, 2110 First Street, Fort Myers, FL 33901, during normal business hours. As the Plaintiff lives within several miles of the courthouse, this should not impose an undue hardship.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for Exemption (Doc. #80) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___5th___ day of April, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record